UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BRIGITTE C TOLLIVER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO. H-04-03777** |
| | § | |
| **JOHN E POTTER,** *et al*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

The parties' Agreed Motion to Extend Time to File Plaintiff Response to Summary Judgment (Docket # 20) is **DENIED**. The Court is willing to grant an extension of time to allow Plaintiff to file a response to Defendant's Motion for Summary Judgment. However, the parties must agree upon and inform the Court of a date upon which Plaintiff's response will be filed.

**SIGNED** this 10th day of January, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**