UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRIGITTE C. TOLLIVER, | § |
| | § |
| Plaintiff, | § |
| VS. | § |
| | § CIVIL ACTION NO. H-04-3777 |
| JOHN E. POTTER, Postmaster General, | § |
| United States Postal Service, | § |
| | § |
| Defendant. | § |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. This Court has already rendered a final judgment in favor of Defendant, and Plaintiff has appealed that judgment to the Fifth Circuit Court of Appeals. Plaintiff's application must, therefore, be filed in that court, if at all, and it is accordingly **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 30th day of March, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.